# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| PATRICIA FAILS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV619-046 |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act, doc. 19, and Plaintiff's Motion for Attorney's Fees under the Social Security Act, doc. 20. The Government has not responded to either of these motions. Plaintiff's attorney acknowledges that "where fees are awarded under both the EAJA and the Social Security Act for the same work, the attorney will, as required, refund the smaller of the two fees received to the claimant." Doc. 21-1 at 2. While it appears that fees are warranted, entering an order awarding fees in both circumstances will deprive plaintiff of some portion of her benefits, albeit temporarily. Accordingly, the motions are **DISMISSED**. Docs. 19 & 20. The parties are **DIRECTED** to confer

within fourteen days from the date of this Order to determine if they can reach an agreement regarding the applicable structure which should be applied in assessing fees. Pending the outcome of that conference, plaintiff is **DIRECTED** to refile her motion for attorney's fees for the Court's consideration.

**SO ORDERED,** this 30th day of March, 2021.

/s/ Christopher L. Ray

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA